158 A.3d 75

COMMONWEALTH of Pennsylvania, Respondent

v.

Ross M. RABELOW, Petitioner

No. 362 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

656

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**